UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LOUIS MONTANARO,

                        **Plaintiff,**

          **-against-**

**THE LONG ISLAND RAILROAD COMPANY,**

                        **Defendant.**

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED 10/20/2020

20-CV-1563 (SN)

**TELEPHONE CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference in this case is scheduled for Tuesday, October 27, 2020, at 3:00 p.m.

At that time, the parties shall call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 20, 2020
               New York, New York