```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOUIS MONTANARO,

                        Plaintiff,                    20-CV-1563 (SN)

        -against-                                     ORDER

THE LONG ISLAND RAILROAD COMPANY,

                        Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2021

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to the Court's October 29, 2020 Scheduling Order, the parties were ordered to file their Joint Proposed Pretrial Order and related pretrial filings by February 12, 2021. The parties have failed to do so, and this case remains on the Court's jury trial calendar for the week of March 15, 2021. The parties are ORDERED to comply with the Scheduling Order by no later than February 19, 2021. If this case has settled, the parties shall immediately notify the Court so that the case can be removed from the jury trial calendar.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:       February 17, 2021
                  New York, New York