UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LOUIS MONTANARO,

                            **Plaintiff,**

          **-against-**

**THE LONG ISLAND RAILROAD COMPANY,**

                            **Defendant.**

-----------------------------------------------------------------X

**20-CV-1563 (SN)**

**ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2021

**SARAH NETBURN, United States Magistrate Judge**:

On February 17, 2021, the parties reported that they had reached a settlement. Accordingly, it is:

ORDERED that this case is dismissed, provided, however, that within 30 days of the date of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 18, 2021
                New York, New York